UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BRUCE BUNTING and <br> JESSIE BRINKLEY <br> 4426 Volta Pl., NW <br> Washington, DC 20007, <br> <br> Plaintiffs, <br> v. <br> <br> DISTRICT OF COLUMBIA CVS <br>   PHARMACY, LLC <br> One CVS Drive <br> Woonsocket, RI 02895, <br> <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION NO. <br> <br> JUDGE: |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446, Defendant District of Columbia CVS Pharmacy, L.L.C., by and through undersigned counsel, submits this Notice of Removal to the United States District Court for the District of Columbia, and in support thereof states as follows:

**1.** **State Court Action.**

Plaintiffs Bruce Bunting and Jesse Brinkley (hereinafter "Plaintiffs") filed this action in the Superior Court for the District of Columbia, Case No. 2022 CA 000736 B, on February 14, 2022.  Copies of the Summons and Complaint are attached as Exhibit 1.

**2.** **Diversity of Citizenship.**

There is complete diversity of citizenship between Plaintiffs and Defendant.  Plaintiffs are citizens and residents of Washington, DC.  See Exhibit 1 at caption.

Plaintiffs have filed suit against District of Columbia CVS Pharmacy, L.L.C.  Id.  District of Columbia CVS Pharmacy, L.L.C., is, and at the time of filing of this action was, a limited

liability company formed in the District of Columbia, whose sole member is CVS Pharmacy, Inc., which is, and at the time of the filing of this action was, a corporation existing under the laws of the State of Rhode Island, having its principal place of business in the State of Rhode Island. Thus, District of Columbia CVS Pharmacy, L.L.C., is considered a citizen of the State of Rhode Island for purposes of determining federal diversity jurisdiction. See Breakman v. AOL LLC, 545 F.Supp.2d 96, 102 (D.D.C.2008) (a limited liability company's citizenship is that of its member for diversity jurisdiction purposes).

3. **Amount in Controversy.**

The amount in controversy in this action exceeds the sum of $75,000.00, exclusive of interest and costs. Exhibit 1, at page 6.

4. **Diversity Jurisdiction.**

This action is one under which the Court has jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court pursuant to 28 U.S.C. § 1441, as it is a civil action in which there is complete diversity between Plaintiffs and Defendant, and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5. **Timeliness of Notice of Removal.**

Defendant first received notice of this civil action through service of the attached Summons and Complaint on February 28, 2022. *See* Exhibit 1. This removal is being filed within thirty (30) days of service, and the removal of this action is, therefore, timely under 28 U.S.C. § 1446(b).

6. **Required Documents.**

Defendant is filing with this Notice of Removal the following:

(a) Copies of the Summons and Complaint, (attached as Exhibit 1).

(b) Copy of the Plaintiffs' Civil Cover sheet (attached as Exhibit 2)

5319142.1

(c)     Copy of the Initial Order from the Court (attached as <u>Exhibit 3</u>) No other process, pleadings or orders have been served on Defendant;

(d)     Corporate Disclosure Statement (filed contemporaneously and attached as <u>Exhibit 4</u>);

(e)     Notice of Filing Notice of Removal (filed in the Superior Court for the District of Columbia, and attached as <u>Exhibit 5</u>); and

(f)     District of Columbia CVS Pharmacy, L.L.C.'s Civil Cover Sheet (submitted and attached as <u>Exhibit 6</u>).

**WHEREFORE**, District of Columbia CVS Pharmacy, L.L.C. respectfully requests that this Court remove this action from the Superior Court of the District of Columbia, to this Court for further proceedings and that this Court take jurisdiction herein and make such further orders as may be just and proper.

Respectfully submitted,

By:     */s/ Cori B. Schreider*
Scott Patrick Burns, 991521
Cori B. Schreider, MD0145
TYDINGS & ROSENBERG LLP
1 East Pratt Street, Suite 901
Baltimore, MD 21202
Telephone: (410) 752-9700
Fax: (410) 727-5460
sburns@tydings.com
cshreider@tydings.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 21st day of March, 2022, a copy of the foregoing Notice of Filing Notice of Removal was served via e-filing on:

>Jacob M. Lebowitz, Esquire
>POSEY LEBOWITZ, PLLC
>3221 M Street NW
>Washington, DC 200007
>
>*Attorney for Plaintiff*

*/s/ Cori B. Schreider*
Cori B. Schreider, MD0145

5319142.1